AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |
|---|---|
| Timothy Joseph McKinney, aka Timothy Joseph McKinney#287844 | ) |
| *Plaintiff* | ) |
| v. | ) |
| Spartanburg County Detention Center, Spartanburg County and Sheriff Chuck Wright | ) |
| *Defendant* | ) |

Civil Action No.    4:23-cv-196-RMG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice, without leave to amend, and without issuance or service of process.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   March 23, 2023

ROBIN L. BLUME
*CLERK OF COURT*

_____
s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*